DocuSign Envelope ID: A7DCC336-8A2B-4706-884C-F361AA151B1C

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | | |
|---|---|---|
| In the Matter of the Revocation of Federal Firearms License Number ### Pursuant to Chapter 44, Title 18, United States Code, As a Pawnbroker in Firearms <br><br> Licensee: <br> Pawn, U.S.A., Inc. <br> 5001-4 Main Street <br> Shallotte, North Carolina 28459 | ) ) ) ) ) ) ) ) ) ) ) ) | Case No.: 7:24-cv-484 <br><br><br> PETITION <br> FOR DE NOVO JUDICIAL REVIEW |

NOW COMES Petitioner, Pawn U.S.A., Inc., by and through the undersigned counsel, who hereby requests that this Court grant a de novo review hearing of the revocation of petitioner's federal firearms license, 1-56-38601 ("FFL"), pursuant to 18 U.S.C. § 923(f)(3), and in support thereof, Petitioner shows unto the Court as follows:

1. Petitioner is a North Carolina Corporation with its principal place of business and registered mailing address at 2392 Carolina Beach Road Suite 201, Wilmington, New Hanover County, North Carolina 28401.

2. Petitioner operates a pawnbroker business located at 5001-4 Main Street, Shallotte, Brunswick County, North Carolina 28459.

3. Petitioner holds federal firearms license number 1-56-38601 as a pawnbroker in firearms other than destructive devices.

4. On or about 3 October 2023, the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") issued a Notice to Revoke or Suspend License and/or Impose a Civil Fine, ATF Form 4500 to Petitioner, and Petitioner timely requested a hearing.

5. On or about 12 December 2023, a hearing was held at the ATF Wilmington Field Office.

6. On or about 11 April 2024, ATF found violations of the Gun Control Act, as amended, and revoked Petitioner's FFL pursuant to 18 U.S.C. § 923(e). (Exhibit 1)

7. On or about 11 April 2024, Director of Industry Operations Stephen Albro sent the Final Notice of Revocation and its Findings and Conclusions ("Notice") via USPS Certified Mail, tracking number 7015 1520 0002 6995 5513.

8. On or about 15 April 2024, Notice was delivered to Petitioner, effecting service of the Notice.

9. Pursuant to 18 U.S.C. § 923(f)(3), Petitioner may petition the United States District Court for the district in which it has its principal place of business for a de novo judicial review of the revocation of its FFL.

10. Further, pursuant to 18 U.S.C. § 923(f)(3), the District Court may consider any evidence submitted at the de novo review regardless of whether such evidence was considered at the agency hearing.

WHEREFORE, Petitioner respectfully requests that the United States District Court for the Eastern District of North Carolina allow Petitioner to exercise his rights under 18 U.S.C. Chapter 44 and to hold a de novo judicial review the revocation of its FFL at a time convenient to all parties and the Court.

This the 13 of June 2024.

**Landon White Law Firm, PLLC**

/s/ D. Landon White
D. Landon White

DocuSign Envelope ID: A7DCC336-8A2B-4706-884C-F361AA151B1C

N.C. Bar. No. 45120
211 New Bern Place
Raleigh, NC 27601
PO Box 6696
Raleigh, NC 27628
Email: lwhite@landonwhitelaw.com
Telephone: 919-745-8060
Facsimile: 919-750-0068
*Attorney for Petitioner*

Read and Approved:

DocuSigned by:

**Janet Monterose**

B1387A9AC58F4F2...

Pawn, U.S.A., Inc.
By: Janet Monterose
Title: Vice President
Date: 6/13/2024

DocuSign Envelope ID: A7DCC336-8A2B-4706-884C-F361AA151B1C

## CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the foregoing Petition for De Novo Judicial Review with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Christopher Cogburn
United States Attorney's Office
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601
Email: christopher.cogburn@usdoj.gov
Telephone: 919-856-4530
Facsimile: 919-856-4487
*Attorney for Respondent*

Cathy Hunter
Director of Industry Operations
Bureau of Alcohol, Tobacco, Firearms and Explosives
3600 Arco Corporate Drive, Suite 500
Charlotte, NC 28273
Email: cathy.hunter@atf.gov
*Respondent*

This the 13 of June 2024.

**Landon White Law Firm, PLLC**

/s/ D. Landon White
D. Landon White
N.C. Bar. No. 45120
211 New Bern Place
Raleigh, NC 27601
PO Box 6696
Raleigh, NC 27628
Email: lwhite@landonwhitelaw.com
Telephone: 919-745-8060
Facsimile: 919-750-0068
*Attorney for Petitioner*