IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:24-cv-484-FL

| | | |
|---|---|---|
| In re Revocation of Federal Firearms License Number ### Pursuant to Chapter 44, Title 18, United States Code, As a Pawnbroker in Firearms<br><br>Licensee:<br>Pawn, U.S.A., Inc.<br>5001-4 Main Street<br>Shallotte, North Carolina 28459 | ) ) ) ) ) ) ) ) ) ) | **MOTION TO EXTEND TIME** |

The Bureau of Alcohol, Tobacco, Firearms, and Explosives, by and through the United States Attorney for the Eastern District of North Carolina, respectfully moves for an extension of time, up to and including October 10, 2024, in which to respond to the petition. In support of this motion, ATF submits the following:

1. Pawn USA filed a petition on June 14, 2024, and effectuated service on the United States Attorney on July 12, 2024.

2. ATF requires additional time to prepare its response.

3. This motion is not made for the purposes of delay, but to ensure "the just, speedy, and inexpensive determination" in this action. Fed. R. Civ. P. 1.

4. Counsel for Pawn USA consents to the extension.

THEREFORE, ATF requests an extension of time, up to and including October 10, 2024, in which to respond to Petitioner's petition.

Respectfully submitted this 10th day of September, 2024.

MICHAEL F. EASLEY, JR.
United States Attorney


BY:   /s/ Jonathan Silberman
JONATHAN SILBERMAN
Assistant United States Attorney
Eastern District of North Carolina
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601
Telephone: (919) 856-4530
Email: jonathan.silberman@usdoj.gov
Maryland Barred
*Attorney for Respondent*

Case 7:24-cv-00484-FL   Document 11   Filed 09/10/24   Page 2 of 3

# CERTIFICATE OF SERVICE

I do hereby certify that I have on this 10th day of September, 2024, served a copy of the foregoing upon the below-listed party by electronically filing the foregoing with the Court on this date using the CM/ECF:

D. Landon White
211 New Bern Place
Raleigh, NC. 27601

BY: /s/ Jonathan Silberman
   JONATHAN SILBERMAN
   Assistant United States Attorney
   Eastern District of North Carolina
   150 Fayetteville Street, Suite 2100
   Raleigh, NC 27601
   Telephone: (919) 856-4530
   Email: jonathan.silberman@usdoj.gov
   Maryland Barred
   *Attorney for Respondent*