IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:24-cv-484-FL

| | |
|---|---|
| In re Revocation of Federal Firearms ) | |
| License Number ### Pursuant to ) | |
| Chapter 44, Title 18, United States ) | |
| Code, As a Pawnbroker in Firearms ) | |
| ) | **ORDER** |
| Licensee: ) | |
| Pawn, U.S.A., Inc. ) | |
| 5001-4 Main Street ) | |
| Shallotte, North Carolina 28459 ) | |

Upon motion of the Bureau of Alcohol, Tobacco, Firearms, and Explosives, and for good cause show, the deadline to file a Response is extended up to and including October 10, 2024.

SO ORDERED, this _____ day of _____, 2024.

_____
LOUISE W. FLANAGAN
United States District Judge