IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| In the Matter of the Revocation of Federal Firearms License Number 1-56-38601 Pursuant to Chapter 44, Title 18, United States Code, As a Pawnbroker in Firearms | Case No.: 7:24-cv-00484-FL |
| Licensee: Pawn, U.S.A., Inc. 5001-4 Main Street Shallotte, North Carolina 28459 | NOTICE OF DISMISSAL |

PURSUANT to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Petitioner Pawn U.S.A., Inc. through their undersigned counsel hereby files this notice of dismissal before the opposing party has served either an answer or a motion for summary judgment.

This the 4 of October 2024.

**Landon White Law Firm, PLLC**

/s/ D. Landon White
D. Landon White
N.C. Bar. No. 45120
211 New Bern Place
Raleigh, NC 27601
PO Box 6696
Raleigh, NC 27628
Email: lwhite@landonwhitelaw.com
Telephone: 919-745-8060
Facsimile: 919-750-0068
*Attorney for Petitioner*

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing Notice of Dismissal was electronically filed with the Clerk of Court using the CM/ECF system, which will effect service on attorneys of record as follows:

Mr. Jonathan Silberman
United States Attorney's Office – Eastern District of North Carolina
150 Fayetteville Street
Suite 2100
Raleigh, NC 27601
Email: jonathan.silberman@usdoj.gov

This the 4 of October 2024.

**Landon White Law Firm, PLLC**

/s/ D. Landon White
D. Landon White
N.C. Bar. No. 45120
211 New Bern Place
Raleigh, NC 27601
PO Box 6696
Raleigh, NC 27628
Email: lwhite@landonwhitelaw.com
Telephone: 919-745-8060
Facsimile: 919-750-0068
*Attorney for Petitioner*